# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD NEIL BLACKSCHLEGER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WEST VALLEY DETENTION CENTER, *et al.*,<br>　　　　　Respondents. | Case No. EDCV 11-0979 JHN (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the currently filed Order Summarily Dismissing Petition for Writ of Habeas Corpus.

DATED: August 14, 2011

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. JACQUELINE NGUYEN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE